UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PHILIP D. BURTON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 4:16-CV-00943-CMC-TER |
| | ) |
| v. | ) |
| | ) |
| Carolyn W. Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Defendant's Motion to Remand and without any opposition from the Plaintiff, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g) [1]

 s/Thomas E. Rogers, III
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

July 11, 2016

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.